Certificate Number: 03088-PAM-DE-040044062

Bankruptcy Case Number: 25-02401


03088-PAM-DE-040044062

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 2, 2025, at 12:47 o'clock PM CDT, Robert R Flower completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 2, 2025

By: /s/Katherine Minnich

Name: Katherine Minnich

Title: Counselor