# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Robert Richard Flower,<br>aka Robert Flower, aka Robert R Flower, aka Bob Flower, | Chapter 7 |
| **Debtor 1** | Case No. 5:25–bk–02401–MJC |

Social Security No.:
xxx–xx–8754

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

Lisa Ann Rynard

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: December 10, 2025

**fnldecac** (05/18)