United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-02401-MJC |
| Robert Richard Flower | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 10, 2025 | Form ID: 318 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Richard Flower, 5810 Bloomington Rd, Madison Twp, PA 18444-6628 |
| 5737030 | + | Citibank California, 830 Stillwater Dr, West Sacramento, CA 95605-1630 |
| 5737032 | + | Commonwealth Health, PO Box 411064, Boston, MA 02241-1064 |
| 5737033 | + | Commonwealth Physician Network LLC, PO Box 14099, Belfast, ME 04915-4034 |
| 5737034 | + | Covington Independent Fire Co, PO Box 207, Allentown, PA 18105-0207 |
| 5737036 | + | Edward J McKee, 1581 Main St, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5737038 | + | Geisinger CMC, 1800 Mulberry St, Scranton, PA 18510-2369 |
| 5737037 | + | Geisinger Clinic, 100 N Academy Ave, Danville, PA 17822-0001 |
| 5737039 | | Geisinger System Services, Attn: Bankruptcy, 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |
| 5737040 | + | Geisinger System Services, 100 N Academy St, Danville, PA 17822-0001 |
| 5737049 | ++ | PEOPLES SECURITY BANK AND TRUST, 82 FRANKLIN AVE, HALLSTEAD PA 18822-9780 address filed with court:, Peoples Security Bank and Trust, 82 Franklin Ave, Hallstead, PA 18822 |
| 5737048 | + | Peoples Security Bank and Trust, 100 S Blakely St, Dunmore, PA 18512-2239 |
| 5737053 | + | Regional Hospital of Scranton, 746 Jefferson Ave, Scranton, PA 18510-1624 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5737025 | + | Email/Text: mnapoletano@ars-llc.biz | Dec 10 2025 18:42:00 | Ability Recovery Services LLC, PO Box 4031, Wyoming, PA 18644-0031 |
| 5737026 | | EDI: CAPITALONE.COM | Dec 10 2025 23:44:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5737027 | | EDI: CAPITALONE.COM | Dec 10 2025 23:44:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5737028 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 10 2025 18:51:39 | Carson Smithfield, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 5737029 | + | EDI: CITICORP | Dec 10 2025 23:44:00 | Citibank, US Service Center Attn: CPS, PO Box 769007, San Antonio, TX 78245-9007 |
| 5737031 | | Email/Text: dylan.succa@commercialacceptance.net | Dec 10 2025 18:42:00 | Commercial Acceptance Company, 2300 Gettysburg Rd, Suite 102, Camp Hill, PA 17011-7303 |
| 5737035 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2025 18:51:39 | Credit One Bank NA, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5737041 | | EDI: JEFFERSONCAP.COM | Dec 10 2025 23:44:00 | Jefferson Capital Systems LLC, Dept #6419, PO Box 11407, Birmingham, AL 35246-6419 |
| 5737045 | ^ | MEBN | Dec 10 2025 18:40:43 | MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 5737042 | | Email/Text: bankruptcy@marinerfinance.com | Dec 10 2025 18:42:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town |

| | | | |
|---|---|---|---|
| | | | Center Dr, Nottingham, MD 21236-5904 |
| 5737043 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 10 2025 18:51:33 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5737044 | Email/Text: mmrgbk@miramedrg.com | Dec 10 2025 18:42:00 | MiraMed Revenue Group, 360 E 22nd St, Lombard, IL 60148-4924 |
| 5737046 | EDI: AGFINANCE.COM | Dec 10 2025 23:44:00 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5737047 | Email/Text: bankruptcies@penncredit.com | Dec 10 2025 18:42:00 | Penn Credit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 5737050 | Email/Text: pasi_bankruptcy@chs.net | Dec 10 2025 18:42:00 | Professional Account Services, PO Box 188, Brentwood, TN 37024-0188 |
| 5737051 | Email/Text: pasi_bankruptcy@chs.net | Dec 10 2025 18:42:00 | Professional Account Services, Inc., PO Box 68, Brentwood, TN 37024-0068 |
| 5737052 + | Email/Text: ngisupport@radiusgs.com | Dec 10 2025 18:42:00 | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5737054 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2025 18:51:36 | Resurgent Receivables, PO Box 1269, Greenville, SC 29602-1269 |
| 5737055 + | Email/Text: anthony.mancuso@bnymellon.com | Dec 10 2025 18:42:00 | The Bank of New York, 240 Greenwich St, New York, NY 10286-0001 |
| 5737056 | Email/Text: bankruptcydepartment@tsico.com | Dec 10 2025 18:42:00 | Transworld Sys Inc/51, PO Box 15273, Wilmington, DE 19850-5273 |
| 5737057 + | Email/Text: bankruptcydepartment@tsico.com | Dec 10 2025 18:42:00 | Transworld Systems Inc., 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Robert Richard Flower usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |

Lisa Ann Rynard        larynard@larynardlaw.com PA88@ecfcbis.com

United States Trustee        ustpregion03.ha.ecf@usdoj.gov

TOTAL: 3

| | | |
|---|---|---|
| Debtor 1 | Robert Richard Flower<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8754<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:25–bk–02401–MJC | |

# Order of Discharge                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert Richard Flower
aka Robert Flower, aka Robert R Flower, aka
Bob Flower

12/10/25

**By the court:**

_/s/ Mark J. Conway_

Mark J. Conway, United States
Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2